**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | | |
|---|---|---|---|
| **Honorable** | Jacqueline P. Cox | **Hearing Date** | September 6, 2022 |
| **Bankruptcy Case No.** | 22 MP 90001 | **Adversary No.** | |
| **Title of Case** | Richard Sharif | | |

**Brief Statement of Motion**: Joint Motion for Leave and Stay Pending Appeal from Order Denying Leave to file a Motion for Reconsideration of Order Denying Leave to File Motion to Recuse Judge Jacqueline Cox (Dkt #11)

**Names and Addresses of moving counsel**

**Representing**

# ORDER

**IT IS HEREBY ORDERED** that

Based on filing bars entered against Richard Sharif on 8-17-22 in 22 mp 90001 (as a restricted filer) and against Ragda Sharifeh and Haifa Sharifeh on February 16, 2017 (Docket 330 in 09-bk-05868)

leave to file the motion to stay pending appeal is denied.

*Jacqueline P. Cox*
Jacqueline P. Cox
United States Bankruptcy Judge

6/11/99